IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL DILBECK,

    Petitioner,                                      No. CIV S-08-2247 GGH P

    vs.

UNITED STATES OF AMERICA,

    Respondent.                               <u>ORDER</u>

/

        Petitioner has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner has paid the filing fee.

        Petitioner was civilly committed pursuant to 18 U.S.C. § 4246 and is now on conditional release.  Petitioner argues that his civil commitment was improper.  Respondent is directed to file an answer or a motion to dismiss.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondent is directed to file an answer or a motion to dismiss within sixty days from the date of this order.  If an answer is filed, respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application.

/////

1

1                2. Petitioner's reply to the response, if any, is due on or before thirty days from
2  the date respondent's answer is filed; an opposition to a motion to dismiss is due within thirty
3  days of service of the motion to dismiss;
4                3. The Clerk of the Court shall serve a copy of this order together with a copy of
5  petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on the United
6  States Attorney.
7  DATED: 10/28/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

10  dilbeck.100