IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL DILBECK,

    Petitioner,           No. CIV S-08-2247 GGH P

    vs.

UNITED STATES OF AMERICA,

    Respondent.        ORDER

_____/

    Respondent has requested a second extension of time to file a response to the petition. Good cause appearing, IT IS HEREBY ORDERED that respondent's January 27, 2009, motion for extension of time (no. 11) is granted; respondent's response to the petition is due on or before March 30, 2009; no further requests for extension of time will be granted but for a showing of substantial cause.

DATED: January 30, 2009

                                            /s/ Gregory G. Hollows
                                            UNITED STATES MAGISTRATE JUDGE

dil2247.eot(2)

1