IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL DILBECK,

        Petitioner,               No. CIV S-08-2247 GGH P

    vs.

UNITED STATES OF AMERICA,

        Respondent.       <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On March 30, 2009, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's March 30, 2009, motion to dismiss should not be granted.

DATED:  June 1, 2009

                        /s/ Gregory G. Hollows

                        _____

                        UNITED STATES MAGISTRATE JUDGE

GGH:035 - dilb2247.46

1