IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUSSELL DILBECK,

    Petitioner,                No. CIV S-08-2247 GGH P

    vs.

UNITED STATES OF AMERICA,

    Respondent.           <u>ORDER</u>

_____/

        On October 9, 2008, petitioner filed his consent to the jurisdiction of the undersigned (docket #3). On November 19, 2008, respondent filed his consent to the jurisdiction of the undersigned (docket #6). By order June 2, 2009, petitioner was ordered to show cause, within thirty days, why his action should not be dismissed for failure to respond to respondent's motion to dismiss. On June 9, 2009, petitioner filed a "Notice of Change of Address," and the order to show cause was re-served on petitioner on June 11, 2009. The thirty day period has now expired, and petitioner has not shown cause or otherwise responded to the court's order.

        IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: August 17, 2009               /s/ Gregory G. Hollows

dilb2247.fsc                               UNITED STATES MAGISTRATE JUDGE